

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Sealed Air Corporation (US)** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550967069 | 12/1/2022 | $4,930.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112707 | $75,627.72 | 2/24/2023 | 550959038 | 11/14/2022 | $18,483.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112707 | $75,627.72 | 2/24/2023 | 550959039 | 11/14/2022 | $5,693.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112707 | $75,627.72 | 2/24/2023 | 550960416 | 11/16/2022 | $8,397.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112707 | $75,627.72 | 2/24/2023 | 550960417 | 11/16/2022 | $10,708.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112707 | $75,627.72 | 2/24/2023 | 550960616 | 11/16/2022 | $16,172.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112707 | $75,627.72 | 2/24/2023 | 550964086 | 11/23/2022 | $16,172.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550966312 | 11/30/2022 | $26,260.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112680 | $1,422.36 | 2/24/2023 | 550780911A | 9/6/2022 | $1,422.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550966393 | 11/30/2022 | $16,981.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550976463 | 12/20/2022 | $16,095.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550969170 | 12/6/2022 | $17,097.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550969171 | 12/6/2022 | $20,766.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550970737 | 12/8/2022 | $15,979.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550970738 | 12/8/2022 | $15,979.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550970739 | 12/8/2022 | $16,981.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550972688 | 12/13/2022 | $25,009.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550972689 | 12/13/2022 | $25,009.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550972818 | 12/13/2022 | $7,173.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113418 | $234,527.06 | 3/27/2023 | 550966313 | 11/30/2022 | $26,260.91 |

**Totals:**    3 transfer(s),    $311,577.14

Sealed Air Corporation (US) (2283967)
Bankruptcy Case: Bed Bath & Beyond Inc.
May 14, 2024

Exhibit A

P. 1